THOMAS E. McGRATH (#7086)
RYAN T. O'MALLEY (#12461)
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100 | Facsimile: (702) 916-1776
McGrathT@LitchfieldCavo.com | OMalley@litchfieldcavo.com
*Attorneys for Defendants, LV Stadium Events Company, LLC; Raiders*
*Holdings, LLC; Raiders Football Club, LLC; AEG Management Las Vegas, LLC;*
*ASM Global Arena Management, LLC; and ASM Global Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE JEAN CORVO, an individual; THOMAS CORVO, an individual | CASE NO.: 2:25-cv-02013-APG-BNW |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |
| vs. | |
| LV STADIUM EVENTS COMPANY, LLC d/b/a ALLEGIANT STADIUM, a Domestic Limited Liability Company; RAIDERS HOLDINGS, LLC, a Domestic Limited-Liability Company; RAIDERS FOOTBALL CLUB, LLC, a Domestic Limited Liability Company; AEG MANAGEMENT LAS VEGAS, LLC, a Foreign Limited-Liability Company; ASM GLOBAL ARENA MANAGEMENT, LLC, a Foreign Limited Liability Company, ASM GLOBAL HOLDINGS, LLC, a Foreign Limited-Liability Company; S.A.F.E. MANAGEMENT OF NEVADA, LLC, a Domestic Limited-Liability Company; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; DOE NEGLIGENT EMPLOYER(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE STADIUM OWNER(S) 1 through 40; ROE ENTITY STADIUM OWNER(S) 1 through 40; DOE STADTIUM MAINTAINER(S) 1 through 40; ROE ENTITY STATDIUM MAINTAINER(S) 1 through 40; DOE EVENT PROMOTER(S) 1 through 40; ROE EVENT PROMOTER(S) 1 through 40; | |

DOE NEGLIGENT EVENT INDEPENDENT CONTRACTOR(S) 1 through 40; ROE NEGLIGENT INDEPENDENT CONTRACTOR(S) 1 through 40; DOE SECURITY OFFICER(S) 1 through 40; ROE SECURITY COMPANY(IES) 1 through 40; DOE SECURITY INDEPENDENT CONTRACTOR(S) 1 through 40; ROE SECURITY INDEPENDENT COMPANY(IES) 1 through 40, DOE STADIUM EMPLOYEE(S) 1 through 40; DOE STADIUM EMPLOYER(S) 1 through 40; ROE STADIUM EMPLOYER(S) 1 through 40,

Defendants.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 7-1, Plaintiffs Jean Corvo and Thomas Corvo stipulate with Defendants LV Stadium Events Company, LLC; Raiders Holdings, LLC; Raiders Football Club, LLC; Raiders Football Club, LLC; AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC, as follows:

1.     The current deadline for newly appearing defendants to answer or otherwise respond to the complaint shall be extended by seven days from October 24, 2025, to October 31, 2025.

2.     Good cause exists for the extension. Undersigned counsel, Litchfield Cavo LLC, had initially been retained to represent Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC.; and ASM Global Holdings, LLC. Litchfield Cavo has recently been retained to represent LV Stadium Events Company, LLC; Raiders Holdings, LLC; and Raiders Football Club, LLC, as well. Additional time is needed to allow Defendants to formulate accurate and complete filings and avoid piecemeal amendments.

. . .

. . .

. . .

3.     This stipulation is made in good faith and not for the purpose of delay. This is the first request to extend these deadlines, and no party will be prejudiced by the requested extension.

IT IS SO STIPULATED.

**LITCHFIELD CAVO LLP**                              **EGLET LAW**

/s/Ryan O'Malley                                    /s/   Joseph J. Troiano
Thomas E. McGrath (#7086)                           Robert T. Eglet, Esq. (#7086)
Ryan T. O'Malley (#12461)                           Tracy A. Eglet, Esq.
3993 Howard Hughes Parkway, Suite 100               Joseph J. Troiano, Esq.
Las Vegas, Nevada 89169                             Andrea N. Killebrew, Esq.
*Attorneys for Defendants LV Stadium*               400 S. 7th Street, Box 1, Ste. 400
*Events Company, LLC; Raiders Holdings,*            Las Vegas, Nevada 89101
*LLC; Raiders Football Club, LLC; AEG*              *Attorneys for Plaintiffs*
*Management Las Vegas, LLC; ASM Global*
*Arena Management, LLC; and ASM Global*
*Holdings, LLC*

## ORDER

This Court finds good cause to extend the deadline for: (1) LV Stadium Events Company, LLC d/b/a Allegiant Stadium; (2) Raiders Holdings, LLC; (3) Raiders Football Club, LLC; (4) AEG Management Las Vegas, LLC; (5) ASM Global Arena Management, LLC; and (6) ASM Global Holdings, LLC to answer Plaintiffs' complaint. Accordingly, this Court grants the parties' stipulation and the deadline shall be extended through October 31, 2025.

DATED:   October 27, 2025                            _____

                                                    UNITED STATES MAGISTRATE JUDGE

**Silver, Rhorie**

| | |
|---|---|
| **From:** | Joseph Troiano <jtroiano@egletlaw.com> |
| **Sent:** | Friday, October 24, 2025 2:47 PM |
| **To:** | O'Malley, Ryan; E Service; Andrea Killebrew |
| **Cc:** | McGrath, Thomas; Silver, Rhorie; Fries, Mary Beth; Jennifer Aleman-Stinson |
| **Subject:** | Re: Notice of Representation: AEG Management Las Vegas, LLC; ASM Global Management, Inc.; ASM Global Holdings, LLC (A-25-928343-C | Corvo v. LV Stadium Events Co., LLC, et al.) |

> **Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

You can affix my e-signature to the SAO.



This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** O'Malley, Ryan <omalley@litchfieldcavo.com>
**Sent:** Friday, October 24, 2025 2:43 PM
**To:** Joseph Troiano <jtroiano@egletlaw.com>; E Service <eservice@egletlaw.com>; Andrea Killebrew <AKillebrew@egletlaw.com>
**Cc:** McGrath, Thomas <mcgratht@litchfieldcavo.com>; Silver, Rhorie <silver@litchfieldcavo.com>; Fries, Mary Beth <fries@litchfieldcavo.com>; Jennifer Aleman-Stinson <JAleman-Stinson@egletlaw.com>
**Subject:** Re: Notice of Representation: AEG Management Las Vegas, LLC; ASM Global Management, Inc.; ASM Global Holdings, LLC (A-25-928343-C | Corvo v. LV Stadium Events Co., LLC, et al.)