| | |
|---|---|
| 1 | THOMAS E. MCGRATH (#7086)<br>RYAN T. O'MALLEY (#12461)<br>**LITCHFIELD CAVO LLP**<br>3993 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-3100 \| Facsimile: (702) 916-1776<br>McGrathT@LitchfieldCavo.com \| OMalley@litchfieldcavo.com<br>*Attorneys for Defendants, LV Stadium Events Company, LLC; Raiders Holdings, LLC; Raiders Football Club, LLC; AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE JEAN CORVO, an individual; THOMAS CORVO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>LV STADIUM EVENTS COMPANY, LLC d/b/a ALLEGIANT STADIUM, a Domestic Limited Liability Company; RAIDERS HOLDINGS, LLC, a Domestic Limited-Liability Company; RAIDERS FOOTBALL CLUB, LLC, a Domestic Limited Liability Company; AEG MANAGEMENT LAS VEGAS, LLC, a Foreign Limited-Liability Company; ASM GLOBAL ARENA MANAGEMENT, LLC, a Foreign Limited Liability Company, ASM GLOBAL HOLDINGS, LLC, a Foreign Limited-Liability Company; S.A.F.E. MANAGEMENT OF NEVADA, LLC, a Domestic Limited-Liability Company; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; DOE NEGLIGENT EMPLOYER(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE STADIUM OWNER(S) 1 through 40; ROE ENTITY STADIUM OWNER(S) 1 through 40; DOE STATDIUM MAINTAINER(S) 1 through 40; ROE ENTITY STATDIUM MAINTAINER(S) 1 through 40; DOE EVENT PROMOTER(S) 1 through 40; ROE EVENT PROMOTER(S) 1 through 40; | CASE NO.: 2:25-cv-02013-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANTS: (1) LV STADIUM EVENTS COMPANY, LLC; (2) RAIDERS HOLDINGS, LLC; AND (3) RAIDERS FOOTBALL CLUB, LLC WITHOUT PREJUDICE** |

1

| | |
|---|---|
| DOE NEGLIGENT EVENT INDEPENDENT CONTRACTOR(S) 1 through 40; ROE NEGLIGENT INDEPENDENT CONTRACTOR(S) 1 through 40; DOE SECURITY OFFICER(S) 1 through 40; ROE SECURITY COMPANY(IES) 1 through 40; DOE SECURITY INDEPENDENT CONTRACTOR(S) 1 through 40; ROE SECURITY INDEPENDENT COMPANY(IES) 1 through 40, DOE STADIUM EMPLOYEE(S) 1 through 40; DOE STADIUM EMPLOYER(S) 1 through 40; ROE STADIUM EMPLOYER(S) 1 through 40, | |
| Defendants. | |

Plaintiffs Diane Jean Corvo and Thomas Corvo and Defendants LV Stadium Events Company, LLC d/b/a Allegiant Stadium, Raiders Holdings, LLC, and Raiders Football Club, LLC (collectively, the "Dismissed Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal without prejudice of all claims asserted by Plaintiffs against the Dismissed Defendants only, with each party to bear its own attorneys' fees and costs as between Plaintiffs and the Dismissed Defendants.

This stipulation does not affect Plaintiffs' claims against any other defendant, which remain pending. Nothing in this stipulation or the resulting order shall be construed as an admission of liability or wrongdoing by any party. IT IS SO STIPULATED.

| **LITCHFIELD CAVO LLP** | **EGLET LAW** |
|---|---|
| */s/Ryan O'Malley* | */s/ Joseph J. Troiano* |
| Thomas E. McGrath (#7086) | Robert T. Eglet, Esq. (#7086) |
| Ryan T. O'Malley (#12461) | Tracy A. Eglet, Esq. |
| 3993 Howard Hughes Parkway, Suite 100 | Joseph J. Troiano, Esq. |
| Las Vegas, Nevada 89169 | Andrea N. Killebrew, Esq. |
| *Attorneys for Defendants LV Stadium Events Company, LLC; Raiders Holdings, LLC; Raiders Football Club, LLC; AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC* | 400 S. 7th Street, Box 1, Ste. 400 Las Vegas, Nevada 89101 *Attorneys for Plaintiffs* |

2

**ORDER**

Good cause appearing, and based on the parties' stipulation, IT IS ORDERED that Defendants LV Stadium Events Company, LLC d/b/a Allegiant Stadium; Raiders Holdings, LLC; and Raiders Football Club, LLC are DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs as between Plaintiffs and the Dismissed Defendants.

IT IS SO ORDERED.

DATED: October 30, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE