|   |   |
|---|---|
| THOMAS E. MCGRATH (#7086) <br> RYAN T. O'MALLEY (#12461) <br> **LITCHFIELD CAVO LLP** <br> 3993 Howard Hughes Parkway, Suite 100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 949-3100 \| Facsimile: (702) 916-1776 <br> McGrathT@LitchfieldCavo.com \| OMalley@litchfieldcavo.com <br> *Attorneys for Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE JEAN CORVO, an individual; THOMAS CORVO, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> AEG MANAGEMENT LAS VEGAS, LLC, a Foreign Limited-Liability Company; ASM GLOBAL ARENA MANAGEMENT, LLC, a Foreign Limited Liability Company, ASM GLOBAL HOLDINGS, LLC, a Foreign Limited-Liability Company; S.A.F.E. MANAGEMENT OF NEVADA, LLC, a Domestic Limited-Liability Company; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; DOE NEGLIGENT EMPLOYER(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE STADIUM OWNER(S) 1 through 40; ROE ENTITY STADIUM OWNER(S) 1 through 40; DOE STADIUM MAINTAINER(S) 1 through 40; ROE ENTITY STADIUM MAINTAINER(S) 1 through 40; DOE EVENT PROMOTER(S) 1 through 40; ROE EVENT PROMOTER(S) 1 through 40; DOE NEGLIGENT EVENT INDEPENDENT CONTRACTOR(S) 1 through 40; ROE NEGLIGENT INDEPENDENT CONTRACTOR(S) 1 through 40; DOE SECURITY OFFICER(S) 1 through 40; ROE SECURITY COMPANY(IES) 1 through 40; DOE SECURITY INDEPENDENT | CASE NO.: 2:25-cv-02013-APG-BNW <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

1

CONTRACTOR(S) 1 through 40; ROE SECURITY INDEPENDENT COMPANY(IES) 1 through 40, DOE STADIUM EMPLOYEE(S) 1 through 40; DOE STADIUM EMPLOYER(S) 1 through 40; ROE STADIUM EMPLOYER(S) 1 through 40,

Defendants.

Pursuant to Fed R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 7-1, Plaintiffs Jean Corvo and Thomas Corvo stipulate with Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC, (the "Stipulating Defendants") as follows:

1. The current deadline for the Stipulating Defendants to answer or otherwise respond to the complaint shall be extended by seven days from October 31, 2025, to November 7, 2025.

2. Good cause exists for the extension. The parties have been working diligently and in good faith to identify appropriate parties and narrow the issues in the case. On October 30, 2025, the parties submitted a stipulation to dismiss Plaintiffs' claims against three defendants—LV Stadium Events Company, LLC; Raiders Holdings, LLC; and Raiders Football Club, LLC—without prejudice. Undersigned counsel is also in the process of obtaining complete LLC ownership information necessary to file accurate disclosures under Fed. R. Civ. P. 7.1 and Local Rule 7.1-1. The Court has previously directed the Stipulating Defendants to file proper certificates of interested parties by November 21, 2025, and the Stipulating Defendants fully intend to comply. This request is made in an abundance of caution to ensure that all required information can be gathered and verified before filing.

. . .

. . .

. . .

3.  This stipulation is made in good faith and not for purposes of delay. It is the second request to extend these deadlines. The Stipulating Defendants are actively participating in the litigation, and no party will be prejudiced by the brief extension.

IT IS SO STIPULATED.

**LITCHFIELD CAVO LLP**

/s/Ryan T. O'Malley
Thomas E. McGrath (#7086)
Ryan T. O'Malley (#12461)
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants LV Stadium Events Company, LLC; Raiders Holdings, LLC; Raiders Football Club, LLC; AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC*

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

/s/ Sean N. Payne
Sean N. Payne, Esq. (#13216)
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant S.A.F.E. Management of Nevada, LLC*

**EGLET LAW**

/s/ Joseph J. Troiano
Robert T. Eglet, Esq. (#3402)
Tracy A. Eglet, Esq. (#6419)
Joseph J. Troiano, Esq. (#12505)
Andrea N. Killebrew, Esq. (#16904)
400 S. 7th Street, Box 1, Ste. 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

3

**PROPOSED ORDER**

**IT IS ORDERED** that the deadline for: (1) AEG Management Las Vegas, LLC; (2) ASM Global Arena Management, LLC; and (3) ASM Global Holdings, LLC to answer or otherwise respond to Plaintiff's complaint shall be extended through November 7, 2025.

IT IS SO ORDERED.

DATED: November 3, 2025

UNITED STATES MAGISTRATE JUDGE

**Silver, Rhorie**

| | |
|---|---|
| **From:** | Sean Payne <spayne@rmcmlaw.com> |
| **Sent:** | Friday, October 31, 2025 2:10 PM |
| **To:** | O'Malley, Ryan |
| **Cc:** | McGrath, Thomas; Fries, Mary Beth; Silver, Rhorie |
| **Subject:** | Re: Corvo v. S.A.F.E. Management, et al. |

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Sure, you may use my e-signature.

-Sean

> On Oct 31, 2025, at 11:10 AM, O'Malley, Ryan <omalley@litchfieldcavo.com> wrote:
>
> Hi Sean: Would you be amenable to stipulating to grant the AEG/ASM entities a week-long extension (through November 7, 2025) to answer in this case? We've got an answer drafted but we're working to finalize our FRCP 7.1 disclosures prior to filing. I figure this is primarily an ask to Plaintiff's counsel, but since S.A.F.E. has appeared we need your client to sign off as well.
>
> A draft stip is attached — please let me know your position.
>
> Best,
>
> **Ryan T. O'Malley**
> Attorney
> Licensed in Nevada
> D 702.949.9301 | O 702.949.3100 | F 702.916.1776
> OMalley@LitchfieldCavo.com
> <Outlook-cid_image0.png>
> 3993 Howard Hughes Pkwy | Suite 100 | Las Vegas, NV 89169
> **LitchfieldCavo.com** | **Office Locations** | **Biography**
>
> Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that Litchfield Cavo has transitioned many of our workforce to hybrid work arrangements and any documents sent to our physical offices may require additional response time.
>
> PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently

**Silver, Rhorie**

| | |
|---|---|
| **From:** | Joseph Troiano <jtroiano@egletlaw.com> |
| **Sent:** | Friday, October 31, 2025 11:55 AM |
| **To:** | O'Malley, Ryan; E Service; Andrea Killebrew |
| **Cc:** | McGrath, Thomas; Silver, Rhorie; Fries, Mary Beth; Jennifer Aleman-Stinson |
| **Subject:** | Re: Notice of Representation: AEG Management Las Vegas, LLC; ASM Global Management, Inc.; ASM Global Holdings, LLC (A-25-928343-C | Corvo v. LV Stadium Events Co., LLC, et al.) |

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

No issue. You can affix my e-signature to the SAO.



This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

**From:** O'Malley, Ryan <omalley@litchfieldcavo.com>
**Sent:** Friday, October 31, 2025 11:11 AM
**To:** Joseph Troiano <jtroiano@egletlaw.com>; E Service <eservice@egletlaw.com>; Andrea Killebrew <AKillebrew@egletlaw.com>
**Cc:** McGrath, Thomas <mcgratht@litchfieldcavo.com>; Silver, Rhorie <silver@litchfieldcavo.com>; Fries, Mary Beth <fries@litchfieldcavo.com>; Jennifer Aleman-Stinson <JAleman-Stinson@egletlaw.com>