THOMAS E. MCGRATH (#7086)
RYAN T. O'MALLEY (#12461)
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100 | Facsimile: (702) 916-1776
McGrathT@LitchfieldCavo.com | OMalley@litchfieldcavo.com
*Attorneys for Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE JEAN CORVO, an individual; THOMAS CORVO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, a Foreign Limited-Liability Company; ASM GLOBAL ARENA MANAGEMENT, LLC, a Foreign Limited Liability Company, ASM GLOBAL HOLDINGS, LLC, a Foreign Limited-Liability Company; S.A.F.E. MANAGEMENT OF NEVADA, LLC, a Domestic Limited-Liability Company; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; DOE NEGLIGENT EMPLOYER(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE STADIUM OWNER(S) 1 through 40; ROE ENTITY STADIUM OWNER(S) 1 through 40; DOE STADIUM MAINTAINER(S) 1 through 40; ROE ENTITY STADIUM MAINTAINER(S) 1 through 40; DOE EVENT PROMOTER(S) 1 through 40; ROE EVENT PROMOTER(S) 1 through 40; DOE NEGLIGENT EVENT INDEPENDENT CONTRACTOR(S) 1 through 40; ROE NEGLIGENT INDEPENDENT CONTRACTOR(S) 1 through 40; DOE SECURITY OFFICER(S) 1 through 40; ROE SECURITY | CASE NO.: 2:25-cv-02013-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO REMAND CASE TO THE EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA** |

1

|   |   |
|---|---|
| 1 | COMPANY(IES) 1 through 40; DOE SECURITY INDEPENDENT CONTRACTOR(S) 1 through 40; ROE SECURITY INDEPENDENT COMPANY(IES) 1 through 40, DOE STADIUM EMPLOYEE(S) 1 through 40; DOE STADIUM EMPLOYER(S) 1 through 40; ROE STADIUM EMPLOYER(S) 1 through 40, |

Defendants.

### STIPULATION AND PROPOSED ORDER TO REMAND CASE TO THE EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA

Pursuant to 28 U.S.C. § 1447(c), LR 7-1, and LR IA 6-2, Plaintiffs Diane Jean Corvo and Thomas Corvo and Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; ASM Global Holdings, LLC; and S.A.F.E. Management of Nevada, LLC (collectively the "Parties") stipulate and jointly request that this action be remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-928343-C, for all further proceedings.

The action was removed on diversity grounds; no federal claims are asserted and no federal questions are raised. On the present record, federal subject-matter jurisdiction is not established, and remand is therefore appropriate under 28 U.S.C. § 1447(c). The Parties further stipulate that each party will bear its own attorneys' fees and costs incurred in connection with removal and remand; no award of fees or costs is sought under § 1447(c).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

The Parties respectfully request that the Court vacate all federal deadlines and settings and deny as moot any pending motions.

IT IS SO STIPULATED.

| | |
|---|---|
| **LITCHFIELD CAVO LLP** | **EGLET LAW** |
| */s/Ryan O'Malley* | */s/ Joseph J. Troiano, Esq.* |
| Thomas E. McGrath (#7086) | Robert T. Eglet, Esq. (#3402) |
| Ryan T. O'Malley (#12461) | Tracy A. Eglet, Esq. (#6419) |
| 3993 Howard Hughes Parkway, Suite 100 | Joseph J. Troiano, Esq. (#12505) |
| Las Vegas, Nevada 89169 | Andrea N. Killebrew, Esq. (#16904) |
| *Attorneys for Defendants AEG Management Las Vegas, LLC; ASM Global Arena Management, LLC; and ASM Global Holdings, LLC* | 400 S. 7th Street, Box 1, Ste. 400 Las Vegas, Nevada 89101 *Attorneys for Plaintiffs* |

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

*/s/ Sean N. Payne, Esq.*
Sean N. Payne, Esq. (#13216)
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant S.A.F.E. Management of Nevada, LLC*

. . .

. . .

. . .

. . .

. . .

. . .

3

# ORDER

**IT IS ORDERED** that the Parties' stipulation is APPROVED. This action is REMANDED to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-928343-C. The Clerk of Court is directed to transmit a certified copy of this Order to the state court and CLOSE THIS CASE. All federal deadlines are VACATED, and any pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED: November 12, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE